# JAVERBAUM JW WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.
*Certified Trial Attorneys*

505 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973-379-4200
FAX: 973-379-7872
www.lawjw.com

**Andrew Moskowitz, Esq.**
Of Counsel
amoskowitz@lawjw.com

February 2, 2015

Clerk, U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Mark Walsh vs. Bri-Jil Enterprises Inc. and Russell Chiandusse**

Dear Sir or Madam:

This law firm represents Plaintiff Mark Walsh in the above matter.

Enclosed please find the following for filing with this Court:

1. Complaint and Jury Demand;
2. Check payable to the Clerk of the District of New Jersey for $400.00; and
3. Civil Cover Sheet

I have also enclosed a CD-ROM containing the signed document in PDF format.

Very truly yours,

Andrew M. Moskowitz

Enclosure